JS - 6

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
California Bar No. 156679
Asset Forfeiture Section
    U.S. Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-2589
    Facsimile:  (213) 894-7177
    E-mail: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 09-3893-GAF (VBKx) |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT OF FORFEITURE** |
| ONE 2008 PORSCHE 911 TURBO CP, | |
| Defendant. | |

On June 1, 2009, plaintiff United States of America ("the government") filed a Complaint for Forfeiture alleging that the defendant One 2008 Porsche 911 Turbo CP (the "defendant vehicle") pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981 (A)(1)(C).

On August 19, 2009, a Default by Clerk was entered against the interest of Roosevelt Doster ("Doster") and all other potential claimants.

1    The Court having been duly advised of and having considered the

2 matter,

3    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

4    1.   This Court has jurisdiction over the subject matter of this

5 action and over the parties.

6    2.   The Complaint for Forfeiture states a claim for relief

7 pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981 (a)(1)(C).

8    3.   Notice of this action has been given in the manner required

9 by law.  No appearances were made in this action by any claimant.  The

10 Court deems that all potential claimants, including Doster, admit the

11 allegations of the Complaint for Forfeiture to be true.

12    4.   A default judgment shall be and hereby is entered against

13 the interests of all potential claimants, including Doster, in the

14 defendant vehicle.

15    5.   The defendant vehicle shall be and is hereby forfeited to

16 the United States of America, which shall dispose of the defendant in

17 the manner required by law.

18 / / /

19 / / /

20 / / /

21

22

23

24

25

26

27

28

6.   The Court finds there was reasonable cause for the seizure of the defendant vehicle and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

DATED: <u>October 7, 2010</u>

_____
HONORABLE GARY A. FEESS
United States District Judge


Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_____
PIO S. KIM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA